**Curtis R. HOLLY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28753.**

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

No attorney on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense, with punishment assessed at a fine of $50 and three days in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.